UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:18-CR-161 |
| | ) | |
| HEATHER DAWN DUPREE | ) | |

**ORDER**

This criminal matter is before the Court to consider the report and recommendation of the United States Magistrate Judge dated May 15, 2019, [Doc. 274]. In that report and recommendation, the Magistrate Judge recommends that this Court grant the defendant's motion to withdraw her plea of not guilty to Count One of the Indictment, accept her guilty plea to Count One of the Indictment, and adjudge the defendant guilty of that count as set forth in the Indictment.

On May 15, 2019, United States Magistrate Judge Clifton Corker conducted a plea hearing in this case, at which he found the defendant fully capable and competent to enter an informed plea. The Magistrate Judge found that the defendant understood the nature of the charges and penalties provided by law, that she knowingly and voluntarily entered her plea of guilty to Count One of the Indictment with full understanding of all rights she was waiving, and free from any force, threats, or promises. The Magistrate Judge further found that the guilty plea has a sufficient basis in fact. The time for objecting to the report and recommendation has passed, and neither party has objected.

After full consideration of the matter, the Court hereby **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation, [Doc. 274], and **ORDERS** as follows:

(1) The defendant's plea of guilty as to Count One of the Indictment is **ACCEPTED;**

(2) The defendant is hereby **ADJUDGED** guilty of the charge set forth in Count One of the Indictment; and

(3) The defendant **SHALL REMAIN** in the custody of the United States Marshals pending sentencing in this matter, which is currently scheduled to commence on September 16, 2019 at 1:30 p.m. before the undersigned.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE